# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    **CRIMINAL NO. 23-MJ-313-RMM** |
| v. | : |
| | : |
| **KEVIN BRENT BUCHANAN** | : |
| | : |
| **Defendant.** | : |

## ORDER

Upon consideration of the parties' joint motion to continue the preliminary hearing in this case for 60 additional days in order for the government to continue to provide discovery, for defense counsel to review the discovery and confer with the defendant, and for the parties to discuss a pre-trial resolution of this case, the Court hereby ORDERS:

The joint motion is GRANTED, the preliminary hearing set for April 1, 2024 is VACATED, and a preliminary hearing will instead be set for June 4, 2024, at 2:30 PM;

The defendant's right to a timely preliminary hearing is waived until the new preliminary hearing date set forth above; and

Time under the Speedy Trial Act shall be excluded in the interest of justice pursuant to 18 U.S.C. 3631(h)(7)(A) from April 1, 2024 until the date of the preliminary hearing set forth above.

SO ORDERED this 25th day of March, 2024.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE